```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23735
    DEBRA ELLIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-3522


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/18/2007 and was confirmed 02/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG          .00              .00             .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE          .00              .00             .00
VILLAGE OF SOUTH HOLLAND SECURED             179.00              .00           30.00
AT & T                   UNSECURED        NOT FILED              .00             .00
BLACK EXPRESSIONS        UNSECURED        NOT FILED              .00             .00
AT&T WIRELESS            UNSECURED        NOT FILED              .00             .00
CDA PONTIAC              UNSECURED        NOT FILED              .00             .00
CHASE MANHATTAN          UNSECURED        NOT FILED              .00             .00
CITY OF CHICAGO PARKING  UNSECURED            100.00             .00             .00
COMMONWEALTH EDISON      UNSECURED            845.14             .00             .00
HSBC NV/GM CARD          UNSECURED        NOT FILED              .00             .00
MIDWEST EMERGENCY ASS    UNSECURED        NOT FILED              .00             .00
TRINITY HOSPITAL         UNSECURED        NOT FILED              .00             .00
UNIVERSAL RADIOLOGY      UNSECURED        NOT FILED              .00             .00
TCF BANK                 UNSECURED        NOT FILED              .00             .00
HOOKED PN PHONICS        UNSECURED        NOT FILED              .00             .00
RMI/MCSI                 UNSECURED           1300.00             .00             .00
VILLAGE OF SOUTH HOLLAND UNSECURED        NOT FILED              .00             .00
US BANK NATIONAL ASSOCIA NOTICE ONLY      NOT FILED              .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY        3,481.50                         1,055.60
TOM VAUGHN               TRUSTEE                                                94.40
DEBTOR REFUND            REFUND                                                  .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   1,180.00

PRIORITY                                            .00
SECURED                                           30.00
UNSECURED                                           .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 23735 DEBRA ELLIS
```

```
ADMINISTRATIVE                                              1,055.60
TRUSTEE COMPENSATION                                           94.40
DEBTOR REFUND                                                    .00
                                   ---------------     ---------------
TOTALS                                    1,180.00            1,180.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```